# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RODERICK R. DAVIDSON,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 2:14-cv-00551-APG-NJK

**ORDER**

    Petitioner having submitted an unopposed motion for an extension of time to file first amended petition (first request) (#7), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for an extension of time to file first amended petition (first request) (#7) is **GRANTED**. Petitioner shall have through February 13, 2015, to file a first amended petition.

DATED: 12/18/14

_____
ANDREW P. GORDON
United States District Judge