# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RODERICK R. DAVIDSON,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 2:14-cv-00551-APG-NJK

**ORDER**

    Respondents having submitted a motion for enlargement of time (first request) (#16), and good cause appearing;

    IT IS THEREFORE ORDERED that respondents' motion for enlargement of time (first request) (#16) is **GRANTED**. Respondents shall have through September 17, 2015, to file and serve an answer or other response to the amended petition (#9).

DATED: August 3, 2015

ANDREW P. GORDON
United States District Judge