# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RODERICK R. DAVIDSON,<br><br>    Petitioner,<br><br>vs.<br><br>DWIGHT NEVEN, et al.,<br><br>    Respondents. | Case No. 2:14-cv-00551-APG-NJK<br><br>**ORDER** |

Respondents having submitted a motion for enlargement of time nunc pro tunc (#18), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' motion for enlargement of time nunc pro tunc (#18) is **GRANTED**. Respondents will have through October 20, 2015, to file and serve an answer or other response to the amended petition (#9).

DATED: September 30, 2015

ANDREW P. GORDON
United States District Judge