# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RODERICK R. DAVIDSON,<br><br>    Petitioner,<br><br>vs.<br><br>DWIGHT NEVEN, et al.,<br><br>    Respondents. | Case No. 2:14-cv-00551-APG-NJK<br><br>**ORDER** |

Petitioner having submitted an unopposed motion for enlargement of time (second request) (#23), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's unopposed motion for enlargement of time (second request) (#23) is **GRANTED**. Petitioner shall have through February 19, 2016, to file and serve a response to the motion to dismiss (#20).

Dated: January 19, 2016.

ANDREW P. GORDON
United States District Judge