# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RODERICK R. DAVIDSON,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 2:14-cv-00551-APG-NJK

**ORDER**

    Petitioner having submitted an unopposed motion for enlargement of time (third request) (#25), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for enlargement of time (third request) (#25) is **GRANTED**. Petitioner shall have through March 4, 2016, to file and serve a response to the motion to dismiss (#20).

DATED: 2/25/16

ANDREW P. GORDON
United States District Judge