# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RODERICK R. DAVIDSON,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 2:14-cv-00551-APG-NJK

**ORDER**

    Respondents having submitted a motion for enlargement of time (first request) (#29), and good cause appearing;

    IT IS THEREFORE ORDERED that respondents' motion for enlargement of time (first request) (#29) is **GRANTED**. Respondents shall have through March 28, 2016, to file and serve a reply to petitioner's opposition to motion to dismiss (#20).

DATED: 3/22/16

_____
ANDREW P. GORDON
United States District Judge