1
2
3
4
5
6                **UNITED STATES DISTRICT COURT**
7                     **DISTRICT OF NEVADA**
8
9   RODERICK R. DAVIDSON,
10          Petitioner,                          Case No. 2:14-cv-00551-APG-NJK
11  vs.                                          **ORDER**
12  DWIGHT NEVEN, et al.,
13          Respondents.
14
15          The court found that ground six of the first amended petition (ECF No. 9) was not
16  exhausted.  Order (ECF No. 34).  Petitioner has filed a motion for partial dismissal of ground six in
17  the amended petition (ECF No. 35).  Respondents have not opposed the motion.  Good cause
18  appearing;
19          IT IS THEREFORE ORDERED that petitioner's motion for partial dismissal of ground six
20  in the amended petition (ECF No. 35) is **GRANTED**.  Ground six of the first amended petition
21  (ECF No. 9) is **DISMISSED** from this action.
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1       IT IS FURTHER ORDERED that respondents shall have forty-five (45) days from the date

2  of entry of this order to file and serve an answer, which shall comply with Rule 5 of the Rules

3  Governing Section 2254 Cases in the United States District Courts.  Petitioner shall have forty-five

4  (45) days from the date on which the answer is served to file a reply.

5       DATED: October 6, 2016.

 

                                     _____

                                     ANDREW P. GORDON
                                     United States District Judge

-2-