# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RODERICK R. DAVIDSON,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 2:14-cv-00551-APG-NJK

**ORDER**

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 38), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' unopposed motion for enlargement of time (first request) (ECF No. 38) is **GRANTED**. Respondents will have through January 4, 2017, to file and serve an answer.

Dated: November 30, 2016.

                                  ANDREW P. GORDON
                                  United States District Judge