# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

RODERICK R. DAVIDSON,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 2:14-cv-00551-APG-NJK

**ORDER**

    Respondents having filed an unopposed motion for enlargement of time (second request) (ECF No. 40), and good cause appearing;

    IT IS THEREFORE ORDERED that respondents' unopposed motion for enlargement of time (second request) (ECF No. 40) is **GRANTED**. Respondents will have through February 3, 2017, to file and serve an answer.

    DATED: January 11, 2017.

                                                               ANDREW P. GORDON
                                                               United States District Judge