1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RODERICK R. DAVIDSON,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 2:14-cv-00551-APG-NJK

**ORDER**

    Respondents having filed an unopposed motion for enlargement of time (third request) (ECF No. 42), and good cause appearing;

    IT IS THEREFORE ORDERED that respondents' unopposed motion for enlargement of time (third request) (ECF No. 42) is **GRANTED**.  Respondents will have through February 13, 2017, to file and serve an answer.

    DATED: February 3, 2017.

_____
ANDREW P. GORDON
United States District Judge