# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RODERICK R. DAVIDSON,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 2:14-cv-00551-APG-NJK

**ORDER**

    Petitioner having submitted an unopposed motion for an extension of time (first request) (ECF No. 45), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for an extension of time (first request) (ECF No. 45) is **GRANTED**. Petitioner shall have through May 15, 2017, to file and serve a reply to the answer (ECF No. 44).

    DATED: April 5, 2017.

                                                   ANDREW P. GORDON
                                                   United States District Judge